# Direct Loans

**William D. Ford Federal Direct Loan Program**
**U.S. Department of Education**

OMB No. 1845-0059
Form Approved
Exp. Date 12/31/2001

**Federal Direct PLUS Loan**
**Application and Promissory Note**

## Section A: To Be Completed By Borrower

1. Identification No.
2. Social Security No.
3. Loan Amt. Requested: $3,500
4. Date of Birth
5. U.S. Citizenship Status (Check One)
   1. [X] U.S. Citizen or national
   2. [ ] Permanent resident / other eligible alien
   3. [ ] Neither 1 nor 2
   If 2, Alien Registration No.
6. Name and Address (last, first, middle initial) (street), (city, state, zip code)

   COKER, ANDRE
   6141 BEECHWOOD
   MATTERSON, IL 60443

7. Driver's License (State-No.)
8. Area Code / Telephone No.
9. Loan Period (MMDDYYYY to MMDDYYYY)
   01/10/2001 05/08/2001

## Section B: To Be Completed By School

10. School Name and Address
    TUSKEGEE UNIVERSITY
    FINANCIAL AID OFFICE TUSKEGEE, AL 36088
11. Loan Period: 01/10/2001 05/08/2001
12. School Code/Branch
13. Certified Loan Amount: $3,500
14. Anticipated Disbursement Date(s) (MMDDYYYY)
    1st. 01/03/2001  2nd. 03/14/2001  3rd.  4th.

## Section C: To Be Completed By Student

15. Name (last, first, middle initial)
    BAKER, HIRAM K
16. Social Security No.
17. U.S. Citizenship Status (Check One)
    1. [X] U.S. Citizen or national
    2. [ ] Permanent resident / other eligible alien
    3. [ ] Neither 1 nor 2
    If 2, Alien Registration No.
18. Date of Birth

19. Are you currently in default on a federal education loan, or do you owe a refund on a federal student grant? (Check one.) [ ] YES [X] NO
    If you answered "Yes" to this question, have you made satisfactory repayment arrangements? (Check one.) [ ] YES [ ] NO (If "Yes", please read instructions and attach documentation.)

I will notify the school or the Direct Loan Servicing Center of any change... Signature of Student (03/09/2001)

## Section D: To Be Completed By Borrower

22. References: You must list two persons with different U.S. addresses who have known you for at least three years.

| | 1. | 2. |
|---|---|---|
| Name | Mary Ellis Brown | Barbara Baker |
| Permanent Address | 6000 S. Cornell | 5431 S. Dorchester |
| City, State, Zip Code | Chicago, IL 60443 60615 | Chicago, IL 60615 |
| Area Code/Telephone No. | | |

23. Are you currently in default on a federal education loan, or do you owe a refund or a federal student grant? (Check one.) [ ] YES [X] NO
    If you answered "Yes" to this question, have you made satisfactory repayment arrangement? (Check one.) [ ] YES [ ] NO (If "Yes", please read instructions and attach documentation.)

24. Employer's Name
25. How many years with this employer?
26. Employer's Address
27. Employer's Area Code/Telephone Number
28. If it is determined that I have an adverse credit history, I would try to obtain an endorser. [ ] YES [X] NO

I promise to pay the U.S. Department of Education all sums (hereafter "loan" or "loans") disbursed under this Promissory Note plus interest and other fees which may become due, as provided in this Promissory Note...

Under penalty of perjury, I certify that the information contained in the Borrower Section (Section A) of this Promissory Note is true and accurate...

I UNDERSTAND THAT THIS IS A FEDERAL LOAN THAT I MUST REPAY.

29. Signature of Borrower: Andre Coker (03/09/2001)

$3,500

03/06/2001 6:09:54 AM

EXHIBIT A